FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re: **Donald R. East, Sr.**
**Shelia M. East**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Donald R. East, Sr.** | S.S.# **xxx-xx-0551** |
| | (W) **Shelia M. East** | S.S.# **xxx-xx-8961** |
| ADDRESS: | **1002 Moody Drive** | |
| | **Dyersburg, TN 38024** | |

PLAN PAYMENT: Debtor(s) to pay $ **2,251.00**  ( monthly )
PAYROLL DEDUCTION:                OR (x) DIRECT PAY
BECAUSE: retired
FIRST PAYMENT DATE: 11/1/15
PLACE OF EMPLOYMENT:      **Spouse's Employer:**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

| | | |
|---|---|---|
| AUTO INSURANCE: | (x) Not included in Plan  ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | $ **-NONE-** |
| | Child support arrearage amount _____ | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | | |
|---|---|---|---|---|---|
| **Citimortgage** | Ongoing pmt. Begin | DDA | | | $ **CURRENT** |
| | Approx. arrearage | 0.00 | Interest 0.00 % | | $ 0.00 |
| **HSBC Mortgage Services** | Ongoing pmt. Begin | DDA | | | $ **CURRENT** |
| | Approx. arrearage | 0.00 | Interest 0.00 % | | $ 0.00 |

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Santander Consumer USA - SURRENDER** | | | |
| **Best Buy/CBNA** | $ 2,382.05 | 4.00 % | $ 44.00 |
| **Chrysler Capital** | $ 28,267.04 | 13.20 % | $ 647.00 |
| **First Heritage** | $ 2800.00 | 4.00 % | $ 52.00 |
| **General Appliance** | $ 1118.25 | 4.00 % | $ 21.00 |
| **General Appliance** | $ 3349.70 | 4.00 % | $ 62.00 |
| **Heights Finance Dyersburg** | $ 7207.00 | 4.00 % | $ 133.00 |
| **Nissan Motor Acceptance** | $ 36462.00 | 4.90 % | $ 687.00 |
| **Preferred Credit** | $ 1,276.72 | 4.00 % | $ 24.00 |
| **Regency Finance Corp.** | $ 8750.00 | 4.00 % | $ 162.00 |
| **Republic Finance** | $ 5248.95 | 4.00 % | $ 97.00 |
| **World Finance Corp (Dyersburg)** | $ 2464.00 | 4.00 % | $ 46.00 |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$10,633.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

OTHER PROVISIONS:
**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

FORM NO. 2

| | |
|---|---|
| DEBTOR'S ATTORNEY: | **Gerald Ketchum 5888**<br>**Ketchum Law Firm**<br>**PO Box 1246**<br>**Dyersburg, TN 38025-1246**<br>**731-285-8165 Fax:731-285-3796** |