**Dated: October 29, 2018**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

_____

IN RE:          Donald R. East Sr. & Shelia M. East                    Chapter 13
                                                                                             Case No.: 15-12456

                        Debtor(s)
_____

ORDER APPROVING SOCIAL SECURITY DISABILITY SETTLEMENT
AND DIRECT DISBURSEMENTS OF FUNDS
_____

This matter comes before the court upon the motion of the debtor to approve a SOCIAL

SECURITY DISABILITY SETTLEMENT and direct disbursements of funds.  Notice was

provided to the Trustee and all interested parties.  No party appeared in opposition to the

requested relief.

It is therefore ordered that the proposed settlement of the SOCIAL SECURITY

DISABILITY SETTLEMENT case of Donald R. East Sr. in the amount of $46,671.00 is

approved.  Burgess & Christensen, attorneys for Debtor in non Bankruptcy matter, shall receive

$6,000.00 attorney fees and expenses in the amount of $938.00  leaving the Debtor with

$39,733.00. The Trustee has received a lump sum in the amount of $15,989.00 from Donald

East's mother in law  which shall be used to pay the unsecured creditors at 100%. The Trustee

shall adjust the plan payments to the lowest amount possible to support the plan.

Approved by:

/s/ Richard Walker                              /s/ Timothy H. Ivy
*Richard Walker, Attorney for debtor            Timothy H. Ivy, Chapter 13 Trustee
108 W. Court St.                                PO Box 1313
Dyersburg, Tn. 38024                            Jackson, TN 38302-1313
Phone (731)285-8165
FAX 731-285-3796

Certificate of Service

        I, Richard Walker, do hereby certify that I have e-filed the foregoing Order with the
United States Bankruptcy Court and they shall serve a copy to the following interested parties:

 Debtor,
Debtor's Attorney,
 Chapter 13 Trustee,
United States Bankruptcy Court,
Burgess & Christensen, 540 Powder Springs St. Bldg A, Ste 1, Marrietta, GA 30064
and all entities on the matrix.

                                                /s/ Richard H. Walker