# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Case No.   15–12456   jlc
Chapter   13

Adv. Proc. No.

Donald R. East Sr.

Shelia M. East

Debtor(s).

## NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
## RE FORM, MANNER AND SERVING OF NOTICE

84 – Motion To Employ Attorney Justin J. Wyatt Outside Bankruptcy Filed by Richard H. Walker on behalf of Shelia M. East (Attachments: # 1 Exhibit verified statement) (Walker, Richard) on December 12, 2018.

**NOTICE IS HEREBY GIVEN THAT:**

1.  The hearing to consider the above shall be held on **January 10, 2019 at  09:00 AM in the United States Bankruptcy Court, 111 S Highland, Room 342, Jackson, TN 38301**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of  Hearing  has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

**Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007,9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

**Kathleen A Ford
CLERK OF COURT**

**BY:  Deborah Pulse**
_____

**Date:  December 13, 2018**

[ntchrgcomb2lf005]Order/Notice combined Rel 11–03