**Dated: January 17, 2019**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

| | |
|---|---|
| IN RE:    Donald R. East Sr. & Shelia M. East | CHAPTER 13 |
| Debtors | Case No.: 15-12456 |

ORDER ON MOTION TO EMPLOY ATTORNEY FOR REPRESENTATION
IN THE SUPERIOR COURT FOR COBB COUNTY, GEORGIA
REGARDING A CIVIL CAUSE OF ACTION CASE

This cause came to be heard before the Honorable James Croom, United States Bankruptcy Judge, after notice, on Shelia M. East's motion to approve employment of Attorney Justin J. Wyatt of Justin J. Wyatt & Associates to assist in prosecution of a non-bankruptcy civil cause of action belonging to the Debtors. There being no objection, and after consideration of the circumstances, the Court is of the opinion the relief should be granted under the following terms and conditions.

1. It is therefore Ordered the Debtor is permitted to retain Justin J. Wyatt, attorney duly licensed to practice law in the State of Georgia to represent the Debtors' interests in a non-bankruptcy civil action filed or to be filed, if necessary, in the SUPERIOR COURT FOR COBB

      COUNTY, GEORGIA.

2. The stay of 11 USC 362 is modified to permit such litigation to proceed, including the filing of any counter- claims or cross- claims against the Debtor(s); however, no judgement rendered against the Debtor(s) may be enforced without further application to and orders from this Court. Any and all proceeds from this cause of action in favor of the Debtor(s) shall be property of the estate, subject to any exemptions to which the Debtor(s) might be entitled and which are specifically claimed, with notice to the Chapter 13 Trustee, following termination of the civil action.

3. Fees and expenses incurred by the attorney representing the Debtor(s) in the non-bankruptcy civil litigation may be paid without further order from this court only if such fees and expenses are specifically approved by the Court hearing the action and such order is attached as an exhibit. Otherwise, fees and expenses for the attorney in civil litigation shall be reviewed by the Court in the motion for approval of the proposed settlement and may not be paid without approval of this Court.

4. From the net proceeds of any recovery in the non-bankruptcy civil action, notwithstanding any claimed exemptions, there shall be paid to the Chapter 13 Trustee, sufficient funds to bring disbursements under Debtor(s) plan current. The balance may be disbursed to the Debtor(s) as approved by the Chapter 13 Trustee, or as provided by any separate order of this Court.

Prepared by:

/s/Richard H. Walker
*Richard H. Walker, Attorney for Debtor
108 W. Court St.
Dyersburg, TN 38024
Phone (731) 285-8165
B.P.R. #14166


Approved by:

| /s/ Justin J. Wyatt | /s/ Timothy H. Ivy |
|---|---|
| Justin J. Wyatt Attorney for debtor BPR 779110 | Timothy H. Ivy, Chapter 13 Trustee |
| Justin J. Wyatt & Associates | PO Box 1313 |
| in non bankruptcy matter | Jackson, TN 38302 |
| 367 Atlanta St. | |
| Marietta, GA 30060 | |
| 770-422-2221 | |
| 770-218-5525 fax | |


Certificate of Service

The Agreed Order To Employ An Attorney By Debtor will be mailed to the following.

Debtor, Debtor's Attorney, Chapter 13 Trustee, US Trustee,
Attorney for Debtor in non bankruptcy case: Justin J. Wyatt, 367 Atlanta St., Marietta, GA 30060

/s/ Richard H. Walker

```
                          United States Bankruptcy Court
                          Western District of Tennessee
In re:                                                              Case No. 15-12456-jlc
Donald R. East, Sr.                                                 Chapter 13
Shelia M. East
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0651-1          User: valeta              Page 1 of 1                   Date Rcvd: Jan 17, 2019
                              Form ID: pdford02         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2019.
db           +Donald R. East, Sr.,    3282 McEver Park Circle,    Acworth, GA 30101-6644
jdb          +Shelia M. East,    96 Frankie Drive Apt A,    Dyersburg, TN 38024-7662
33031763     +Justin J. Wyatt,    367 Atlanta St.,    Marietta, GA 30060-2258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2019 at the address(es) listed below:
              Richard H. Walker    on behalf of Joint Debtor Shelia M. East ecf@walkerlawtn.com,
               tammie@walkerlawtn.com;tammy@walker-law.biz;leslie@walkerlawtn.com;candy@walkerlawtn.com;tammy@wa
               lkerlawtn.com;millie@walkerlawtn.com
              Richard H. Walker    on behalf of Debtor Donald R. East, Sr. ecf@walkerlawtn.com,
               tammie@walkerlawtn.com;tammy@walker-law.biz;leslie@walkerlawtn.com;candy@walkerlawtn.com;tammy@wa
               lkerlawtn.com;millie@walkerlawtn.com
              Timothy H. Ivy    ecf_summ@ch13jax.com
              Travis  Menk    on behalf of Creditor    CitiMortgage, Inc. travis.menk@brockandscott.com,
               tnbkr@brockandscott.com,wbecf@brockandscott.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
              Victoria A. Ferraro    on behalf of Creditor    Santander Consumer USA Inc. ecfwest@pqflegal.com
                                                                                             TOTAL: 6
```